IN THE SUPREME COURT OF TEXAS

 No. 09-0776

 IN RE BREITBURN ENERGY PARTNERS L.P., BREITBURN OPERATING L.P., BREITBURN
 GP, LLC, BREITBURN OPERATING GP, LLC, RANDALL H. BREITENBACH, HALBERT S.
 WASHBURN, GREGORY J. MORONEY AND CHARLES S. WEISS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief and stay, filed
September 15, 2009, is granted. The order dated August 28, 2009 and the
amended order dated September 16, 2009, in Cause No. 048-233656-08, styled
Quicksilver Resources Inc. v. BreitBurn Energy Partners L.P., BreitBurn
Operating L.P., BreitBurn GP LLC, BreitBurn Operating GP, LLC, Randall H.
Breitenbach, Halbert S. Washburn, Gregory J. Moroney, Charles S. Weiss,
Randall J. Findlay, Thomas W. Buchanan, Grant D. Billing, and Provident
Energy Trust, in the 48th District Court of Tarrant County, Texas, are
stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., September 28, 2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 16, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk